UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1409 AG (KESx) | Date | August 10, 2016 |
|---|---|---|---|
| Title | MARIA LOPEZ v. WELLS FARGO BANK, N.A. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDERING APPEARANCE TO SHOW CAUSE RE JURISDICTION

Plaintiff Maria Lopez sued Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in state court for various claims arising out of a home loan.

Wells Fargo removed the case to federal court, asserting that this Court has subject matter jurisdiction on diversity grounds. Diversity jurisdiction requires that (1) each plaintiff be a citizen of a different state than each defendant and (2) the amount in controversy exceed $75,000. *See* 28 U.S.C. § 1332(a). Wells Fargo states that the citizenship requirement is satisfied because it is a South Dakota citizen and Lopez is a California citizen. Wells Fargo states that the amount in controversy requirement is satisfied because the home loan at issue involves an original principal amount of $391,500.

Federal courts must guard their limited jurisdiction jealously. *Ghazaryan v. Wells Fargo Bank, N.A.*, 42 F. Supp. 3d 1341, 1342 (C.D. Cal. 2014). The Court is concerned about whether it has jurisdiction. Among other things, the Court isn't convinced that the full value of the loan is the accurate measure of the amount in controversy in this case. *See Olmos v. Residential Credit Solutions*, 2015 WL 1240347 (C.D. Cal. Mar. 16, 2015).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1409 AG (KESx) | Date | August 10, 2016 |
|---|---|---|---|
| Title | MARIA LOPEZ v. WELLS FARGO BANK, N.A. | | |

The Court ORDERS Defendants to appear at 9:00 a.m. on August 29, 2016, to show cause why this case should not be remanded for lack of subject matter jurisdiction. Plaintiff may appear if she wishes.

  :   0

Initials of Preparer   lmb